## WALLER v. THE STATE.

FISH, J.  1. The jury should not be given a charge not pertinent to the
issues involved.  Accordingly, when in the trial of one charged with
murder the evidence for the State, if credible, clearly showed that the
accused was guilty of that crime, while that in his behalf and his
statement, if worthy of belief, made a case of justifiable homicide, in-
structions on the law of voluntary manslaughter were inapplicable
and properly omitted.
2. While the evidence was conflicting, that for the State was amply suf-
ficient to authorize the verdict rendered, and the trial judge having
refused to grant a new trial, this court will not disturb the judg-
ment.          *Judgment affirmed.   All the Justices concurring.*

Argued October 3, — Decided October 25, 1899.

Indictment for murder.  Before Judge Reese.  Oglethorpe
superior court.  April term, 1899.

*Hamilton McWhorter,* by *Samuel L. Olive,* for plaintiff in error. *J. M. Terrell, attorney-general,* and *R. H. Lewis, solicitor-general,* by *Harrison & Bryan,* contra.